**LLOYD KRAUS, CHAPTER 13 TRUSTEE**  
Payee: Clerk of Court

Check #.: **1192267**

Please notify the Court & this office of any changes made to your name, account number, address, claim assignment, etc.

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1410553 | 00000 | JOHN K. VEILLON<br>Original Check written to:<br>JOHN K. VEILLON<br>708 ATLANTA AVE.<br>NEDERLAND, TX,   77627 | | 0.00 | 3,824.98 | 0.00 | 3,824.98 |
| | | | TOTALS | 0.00 | 3,824.98 | 0.00 | 3,824.98 |